```
CLERK'S OFFICE U.S. DIST. COURT
      AT ROANOKE, VA
          FILED

       JUL 1 1 2007

   JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DAVID FRANK SPRINKLE,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:07cv00335** |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **FRED SCHILLING, et al.,** | ) | **By: Hon. Glen E. Conrad** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is

### ADJUDGED AND ORDERED

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. §1915A(b)(1), and

plaintiff's motion seeking injunctive relief is **DENIED**. Any other pending motions are **DENIED**

**as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This ___10th___ day of July, 2007.

_____
United States District Judge