IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
| | |
|---|---|
| DAVID FRANK SPRINKLE, <br>     Plaintiff, <br><br><br> FRED SCHILLING, et al., <br>     Defendants. | Civil Action No. 7:07cv00335 <br><br> **FINAL ORDER** <br><br> By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is

### ADJUDGED AND ORDERED

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. §1915A(b)(1), and plaintiff's motion seeking injunctive relief is **DENIED**. Any other pending motions are **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 10th day of July, 2007.

/s/ Glen E. Conrad
United States District Judge